

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | |
|---|---|
| United States of America | ) |
| v. | ) |
|  | ) Case No. 22-mj-3693-MJM |
| Kevin Davis | ) |
|  | ) |
|  | ) |
|  | ) |

*Defendant(s)*

✓ FILED   ___ ENTERED
___ LOGGED   ___ RECEIVED

2:37 pm, Dec 16 2022

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ Deputy

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  June 2020 through April 2021  in the county of  Baltimore  in the
_____ District of  Maryland , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1349 | Wire Fraud Conspiracy |

This criminal complaint is based on these facts:

See affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

Jaclyn Bloomingdale, Special Agent, FBI
*Printed name and title*

Sworn before me over the telephone and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date: `12/16/22

*Judge's signature*

City and state: Baltimore, Maryland

Matthew J. Maddox, United States Magistrate Judge
*Printed name and title*