IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NOS. MJM-22-3692 |
| | : | MJM-22-3693 |
| TOMEKA GLENN and KEVIN DAVIS, | : | |
| Defendants. | : | |

...oOo...

## MOTION TO UNSEAL COMPLAINTS

The United States of America, by its attorneys, Erek L. Barron, United States Attorney for the District of Maryland, and Paul A. Riley, Assistant United States Attorney for said District, moves this Honorable Court to order and direct that the Criminal Complaints and Affidavit in Support of Criminal Complaints, along with the dockets in the above-captioned cases, be **UNSEALED** in their entirety.

In support of this motion, the United States submits that the Defendants are now in federal custody and will be scheduled to have their initial appearances in the District of Maryland today, January 6, 2023. They are thus now aware of the pending federal charges against them, and hence the Complaints no longer need to be sealed to prevent the Defendants' flight or potential obstruction of justice. Furthermore, it is appropriate to unseal the Complaints, Affidavit in Support of the Complaints and docket in this matter in light of the fact that the Defendants will be scheduled to have their initial appearances in this District today.

Respectfully submitted,

Erek L. Barron
United States Attorney

By: _____
Paul Riley
Assistant United States Attorney

Digitally signed by PAUL RILEY
Date: 2023.01.06 11:43:53 -05'00'

SO ORDERED, this 6th day of January 2023.

_____
Honorable Matthew J. Maddox
United States Magistrate Judge